IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RONALD SATISH EMRIT,

      Plaintiff,

v.     No. 1:25-cv-00015-KWR-KK

ELON MUSK,
VIVEK RAMASWAMY,
MIKE JOHNSON and
DEPARTMENT OF GOVERNMENT EFFICIENCY,

      Defendants.

## **MEMORANDUM OPINION AND ORDER OF DISMISSAL**

*Pro se* Plaintiff alleges Defendants are violating civil rights by trying to reduce the United States' budget. *See* Complaint at 4-6, Doc. 1, filed January 7, 2025. The Complaint indicates Defendant "Mike Johnson [is] from Louisiana" but does not allege the citizenship of the other Defendants. Nor does the Complaint allege where a substantial part of the events or omissions giving rise to Plaintiff's claims occurred. There are no allegations that any of the events or omissions giving rise to Plaintiff's claims occurred in the District of New Mexico. Plaintiff also alleges that Defendants' actions "would affect the lives of poor people of all races and ethnicities in the United States" and seeks injunctive relief. Complaint at 5-7.

United States Magistrate Judge Kirtan Khalsa notified Plaintiff that: (i) it appears the District of New Mexico is not the proper venue for this action; (ii) there are no allegations clearly showing that Plaintiff is entitled to the injunctive relief he requests; (iii) Plaintiff failed to state a claim for damages because the Complaint does not explain what each Defendant has done to Plaintiff and when they did it; and (iv) Plaintiff has not shown that the Court has personal jurisdiction over Defendants. Judge Khalsa ordered Plaintiff to show cause why the Court should

not dismiss this case or transfer this case to another District and to file an amended complaint. *See* Order to Show Cause, Doc. 4, filed January 14, 2025 (notifying Plaintiff that failure to timely show cause and file an amended complaint may result in dismissal of this case). Plaintiff did not show cause or file an amended complaint by the February 4, 2025, deadline.

The Court dismisses this case because: (i) the Complaint fails to state a claim upon which relief can be granted; (ii) Plaintiff did not show cause why the Court should not dismiss this case; and (iii) Plaintiff did not file an amended complaint or otherwise respond to Judge Khalsa's Order to Show Cause. *See* Order to Show Cause (granting Plaintiff's Application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915); 28 U.S.C. § 1915(e)(2) (stating "the court shall dismiss the case at any time if the court determines that . . . the action . . . fails to state a claim on which relief may be granted").

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

      /S/ KEA W. RIGGS
**UNITED STATES DISTRICT JUDGE**